# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN CHEA, Derivatively on Behalf of REPLIMUNE GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> SUSHIL PATEL, EMILY HILL, PHILIP ASTLEY-SPARKE, MADHAVAN BALACHANDRAN, KAPIL DHINGRA, MICHAEL GOLLER, CHRISTY OLIGER, VELEKA R. PEEPLES-DYER, PAOLO PUCCI, JOSEPH SLATTERY, and DIETER WEINAND, <br>        Individual Defendants, <br><br> and <br><br> REPLIMUNE GROUP, INC., <br><br> Nominal Defendant. | Case No. 1:25-cv-12316-JEK |

[*Caption continued on next page*]

| | |
|---|---|
| MATTHEW WRIGHT, Derivatively on Behalf of REPLIMUNE GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> SUSHIL PATEL, EMILY HILL, PHILIP ASTLEY-SPARKE, MADHAVAN (MADHU) BALACHANDRAN, KAPIL DHINGRA, MICHAEL GOLLER, CHRISTY OLIGER, VELEKA R. PEEPLES-DYER, PAOLO PUCCI, JOSEPH SLATTERY, and DIETER WEINAND, <br>           Individual Defendants, <br><br> and <br><br> REPLIMUNE GROUP, INC., <br><br> Nominal Defendant. | Case No. 1:25-cv-12401-WGY |

[*Caption continued on next page*]

| | |
|---|---|
| NIELS VOCHTEN, derivatively on behalf of REPLIMUNE GROUP, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>SUSHIL PATEL, EMILY HILL, PHILIP ASTLEY-SPARKE, MADHAVAN BALACHANDRAN, KAPIL DHINGRA, MICHAEL GOLLER, CHRISTY OLIGER, VELEKA R. PEEPLES-DYER, PAOLO PUCCI, JOSEPH SLATTERY, and DIETER WEINAND,<br><br>Defendants,<br><br>and<br><br>REPLIMUNE GROUP, INC.,<br><br>Nominal Defendant. | Case No. 1:25-cv-12484-JEK |

### STIPULATION TO CONSOLIDATE RELATED SHAREHOLDER DERIVATIVE ACTIONS AND APPOINT CO-LEAD COUNSEL FOR DERIVATIVE PLAINTIFFS

WHEREAS, on August 19, 2025, plaintiff John Chea ("Plaintiff Chea") filed a putative shareholder derivative action on behalf of nominal defendant Replimune Group, Inc. ("Replimune" or "the Company"), in this Court captioned *Chea v. Patel et al.*, Case No. 1:25-CV-12316-JEK (the "*Chea* Action") alleging causes of action for breaches of fiduciary duties, aiding and abetting breaches of fiduciary duties, unjust enrichment, and waste of corporate assets against defendants Sushil Patel ("Patel"), Emily Hill ("Hill"), Philip Astley-Sparke ("Astley-Sparke"), Madhavan Balachandran ("Balachandran"), Kapil Dhingra ("Dhingra"), Michael Goller ("Goller"), Christy Oliger ("Oliger"), Veleka R. Peeples-Dyer ("Peeples-Dyer"), Paolo Pucci ("Pucci"), Joseph Slattery ("Slattery"), and Dieter Weinand ("Weinand") (collectively, the "Individual Defendants," and together with Replimune, "Defendants"), and Contribution under Sections 10(b) and 21D of the Securities Exchange Act of 1934 ("the Exchange Act") against

3

Defendants Patel and Hill;

WHEREAS, on August 29, 2025, plaintiff Matthew Wright ("Plaintiff Wright") filed a putative shareholder derivative action on behalf of Replimune in this Court, captioned *Wright v. Patel, et al.*, Case No. 1:25-cv-12401-WGY (the "*Wright* Action") alleging causes of action for breaches of fiduciary duties and violation of Section 14(a) of the Exchange Act against the Individual Defendants;

WHEREAS, on September 8, 2025, plaintiff Niels Vochten ("Plaintiff Vochten," and together with Plaintiffs Chea and Wright, "Plaintiffs")[1] filed a putative shareholder derivative action on behalf of Replimune in this Court captioned *Vochten v. Patel et al.*, Case No. 1:25-cv-12484-JEK (the "*Vochten* Action" and together with the *Chea* Action and the *Wright* Action, the "Related Derivative Actions") alleging causes of action for breach of fiduciary duties, unjust enrichment, abuse of control, gross mismanagement, and waste of corporate assets against the Individual Defendants, and for contribution under Sections 10(b) and 21D of the Exchange Act against Defendants Patel and Hill;

WHEREAS, the Parties agree that the factual allegations and issues in the Related Derivative Actions are substantially the same;

WHEREAS, the Parties, therefore, respectfully submit that consolidation of the Related Derivative Actions is appropriate, and that they should be consolidated for all purposes, including pre-trial proceedings and any trial and appeal, to avoid potentially duplicative actions, and to prevent any waste of the Court's and the Parties' resources;

WHEREAS, the Parties therefore respectfully submit that the Related Derivative Actions should be consolidated pursuant to Federal Rule of Civil Procedure 42(a);

---

[1] Plaintiffs and Defendants, taken together, are referred to herein as the "Parties."

WHEREAS, in order to realize the efficiencies made possible by consolidation of the Related Derivative Actions, Plaintiffs agree that Rigrodsky Law, P.A., Rowley Law PLLC, and The Brown Law Firm, P.C., the resumes of which are attached hereto as Exhibits A, B, and C, respectively, shall be designated as Co-Lead Counsel for Plaintiffs in the consolidated derivative action; and

WHEREAS, Defendants take no position regarding the appointment of co-lead counsel for Plaintiffs;

IT IS HEREBY STIPULATED AND AGREED among the Parties, and respectfully submitted for the Court's approval, to consolidate the Related Derivative Actions and appoint Co-Lead Counsel for Plaintiffs in the consolidated action:

1. To the extent they have not already been served, the Defendants accept service of the Complaints in the Related Derivative Actions.

2. The Parties shall have 60 days upon acceptance of this Order to submit a proposed schedule, and Defendants are not required to respond to the complaints until the date set by the Court in ruling on the proposed schedule.

3. The Related Derivative Actions are hereby consolidated for all purposes, including pre-trial proceedings and trial, under Lead Case No. 1:25-cv-12316-JEK (the "Consolidated Action").

4. Every pleading filed in the Consolidated Action, or in any separate action included herein, must bear the following caption:

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE REPLIMUNE GROUP, INC., DERIVATIVE LITIGATION | Lead Case No. 1:25-cv-12316-JEK<br><br>(Consolidated) |
| This Document Relates to:<br><br>ALL ACTIONS | |

5.  All papers filed in connection with the Consolidated Action will be maintained in one file under Lead Case No. 1:25-cv-12316-JEK.

6.  Co-Lead Counsel for plaintiffs in the Consolidated Action shall be:

**THE BROWN LAW FIRM, P.C.**
Timothy Brown
Elizabeth Donohoe
767 Third Avenue, Suite 2501
New York, NY 10017
Telephone: (516) 922-5427
Email: tbrown@thebrownlawfirm.net
Email: edonohoe@thebrownlawfirm.net

**RIGRODSKY LAW, P.A.**
Timothy J. MacFall
Samir Aougab
825 East Gate boulevard, Suite 300
Garden City, NY 11530
Telephone: (516) 683-3516
Facsimile: (302) 654-7530
Email: tjm@rj-legal.com
Email: sa@rl-legal.com

**ROWLEY LAW PLLC**
Shane T. Rowley
Danielle Rowland Lindahl
50 Main Street, Suite 1000
White Plains, NY 10606
Telephone: (914) 400-1920
Email: srowley@rowleylawpllc.com
Email: drl@rowleylawpllc.com

7.  Co-Lead Counsel shall have the sole authority to speak for plaintiffs in the Consolidated Action in all matters regarding pre-trial procedure, trial, appeal, and settlement negotiations and shall make all work assignments in such manner as to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort.

8.  Co-Lead Counsel will be responsible for coordinating all activities and appearances on behalf of plaintiffs in the Consolidated Action. No motion, request for discovery, or other pre-trial or trial proceedings will be initiated or filed by any plaintiffs except through Co-Lead Counsel.

9.  Counsel for all of the Defendants may rely upon all agreements made with Co-Lead Counsel, or other duly authorized representatives of Co-Lead Counsel, and such agreements shall be binding on all plaintiffs in the Consolidated Action.

10. This Order shall apply to each shareholder derivative action arising out of the same, or substantially the same, transactions or events as these cases, which is subsequently filed in, removed to, reassigned to, or transferred to this Court. When a shareholder derivative action that properly belongs as part of *In re Replimune Group, Inc. Derivative Litigation*, Lead Case No. 1:25-cv-12316-JEK, is hereafter filed in the Court, removed to this Court, reassigned to the Court, or transferred here from another court, this Court requests the assistance of counsel in calling to the attention of the clerk of the Court the filing, removal, reassignment, or transfer of any case that might properly be consolidated as part of *In re Replimune Group, Inc. Derivative Litigation*, Lead Case No. 1:25-cv-12316-JEK, and counsel are to assist in assuring that counsel in subsequent actions receive notice of this order. Unless otherwise ordered, the terms of all orders, rulings, and decisions in the Consolidated Action shall apply to all later shareholder derivative actions involving Replimune filed in this Court, and such shareholder derivative actions shall be consolidated into the Consolidated Action.

11. All papers and documents previously filed and/or served in the Related Derivative Actions shall be deemed a part of the record in the Consolidated Action.

12. This stipulation is without waiver or prejudice to any and all claims, defenses, arguments, motions, or any requests for other relief that would otherwise be available to the Parties in the Related Derivative Actions.

**IT IS SO STIPULATED.**

DATED: October 15, 2025

Respectfully submitted,
**THE BROWN LAW FIRM, P.C.**
*/s/ Elizabeth Donohoe*
Elizabeth Donohoe
Timothy Brown
767 Third Avenue, Suite 2501
New York, NY 10017
Telephone: (516) 922-5427
Email: edonohoe@thebrownlawfirm.net
Email: tbrown@thebrownlawfirm.net

*Counsel for Plaintiff* Niels Vochten *and [Proposed] Co-Lead Counsel for Plaintiffs*

**MATORIN LAW OFFICE, LLC**
*/s/ Mitchell J. Matorin*
Mitchell J. Matorin
18 Grove Street, Suite 5
Wellesley, MA 02482
Telephone: (782) 453-0100
Email: mmatorin@matorinlawoffice.com

**RIGRODSKY LAW, P.A.**
Timothy J. MacFall
Samir Aougab
825 East Gate boulevard, Suite 300
Garden City, NY 11530
Telephone: (516) 683-3516
Facsimile: (302) 654-7530
Email: tjm@rj-legal.com
Email: sa@rl-legal.com

**GRABAR LAW OFFICES**
Joshua H. Grabar
One Liberty Place
1650 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (267) 507-6085
Email: jgrabar@grabarlaw.com

*Counsel for Plaintiff John Chea and [Proposed] Co-Lead Counsel for Plaintiffs*

**SWEENEY MERRIGAN LAW LLP**
*/s/Brett R. Corson*
Tucker Merrigan, BBO# 681627
Brett R. Corson, BBO #677644
268 Summer Street, LL
Boston, MA 02210
Telephone: (617) 391-9001
Email: tucker@sweeneymerrigan.com
Email: brc@sweeneymerrigan.com

**ROWLEY LAW PLLC**
Shane T. Rowley (*pro hac vice forthcoming*)
Danielle Rowland Lindahl
50 Main Street, Suite 1000
White Plains, NY 10606
Phone: (914) 400-1920
Fax: (914) 301-3514
Email: srowley@rowleylawpllc.com
Email: drl@rowleylawpllc.com

*Counsel for Plaintiff Matthew Wright and [Proposed] Co-Lead Counsel for Plaintiffs*


**HOGAN LOVELLS US LLP**
*/s/Safa W. Osmani*
Safa W. Osmani (BBO #697034)
125 High Street, Suite 2010
Boston, MA 02110
Tel: (617) 371-1000
Fax: (617) 371-1037
safa.osmani@hoganlovells.com

William M. Regan (*pro hac vice forthcoming*)
Allison M. Wuertz (*pro hac vice forthcoming*)

Jacey L. Gottlieb (*pro hac vice forthcoming*)
390 Madison Avenue
New York, New York 10017
Tel: (212) 918-3000
Fax: (212) 918-3100
allison.wuertz@hoganlovells.com
william.regan@hoganlovells.com
jacey.gottlieb@hoganlovells.com

*Counsel for Defendants*

\*   \*   \*

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:_____     _____
                               The Hon. Julia E. Kobick
                               United States District Judge